AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Illinois

| | |
|---|---|
| David S. Finkelstein <br><br> *Plaintiff(s)* <br> v. <br><br> SYNGENTA AG; SYNGENTA CROP PROTECTION, LLC.; CHEVRON U.S.A. INC.; and DOES 1 through 60 inclusive <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 3:22-pq-1671 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* SYNGENTA CROP PROTECTION, LLC
C/O CT CORPORATION SYSTEM
208 S. LASALLE STREET STE. 814
CHICAGO, IL 60604

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   MADISON KEYES – Miss. Bar No. 105530
THE SMITH LAW FIRM, PLLC
Email: mkeyes@smith-law.org
300 Concourse Blvd., Suite 104
Ridgeland, MS 39157
601-952-1422

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 8/3/22

*Signature of Clerk or Deputy Clerk*

Civil Action No. 3:22-pq-1671

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Syngenta Crop Protection, L.L.C. was received by me on *(date)* 08.11.22 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* CT Corporation System , who is designated by law to accept service of process on behalf of *(name of organization)* Syngenta Crop Protection, L.L.C on *(date)* 08.15.22 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 08.15.22

*Server's signature*

James Joyce, Process Server
*Printed name and title*

1560 Sherman Avenue, Evanston, IL 60201

*Server's address*

Additional information regarding attempted service, etc: